UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MJEM ENTERPRISES, INC.,

    Plaintiff,

v.

ENVIRONMENTAL AIR SYSTEMS, INC.,

    Defendant.

CIVIL ACTION
No. 04-0133

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff MJEM ENTERPRISES, INC. and Defendant ENVIRONMENTAL AIR SYSTEMS, INC. hereby stipulate as follows:

1. Plaintiff and Defendant have compromised and settled all claims asserted in this action. Accordingly, Plaintiff and Defendant hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice.

2. Each party shall bear its own attorney's fees and costs of suit. No party shall have any liability for the attorney's fees or costs of any other party.

    STIPULATED:

_____
Joseph J. Schwerha IV, Esquire
Schwerha & Associates
173 State St.
Charleroi, PA 15022
(412) 296-3954

*Co-Counsel for Plaintiff, MJEM Enterprises, Inc.*

_____
Robert A. Weinheimer, Esquire
Weinheimer, Schadel & Haber, P.C.
602 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219-3399
(412) 765-3399

*Co-Counsel for Defendant, Environmental Air Systems, Inc.*

CG_1021943_1

_____
David J. Rosenberg, Esquire
Weber Gallagher Simpson Stapleton
Fires & Newby
Two Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA  15222
(412) 281-4541

*Co-Counsel for Plaintiff, MJEM Enterprises, Inc.*

_____
Mark A. Grace, Esquire
Cohen & Grigsby, P.C.
15th Floor
11 Stanwix Street
Pittsburgh, PA  15222
(412) 297-4900

*Co-Counsel for Defendant, Environmental Air Systems, Inc.*

SO ORDERED, this 29th day of March, 2007.

_____
Gary L. Lancaster, U.S. District Judge